UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RONALD RICHARD** | | 2:08-cv-1205 |
| VS | | |
| | | JUDGE TRIMBLE |
| **FIDELITY NATIONAL PROPERTY & CASUALTY, ET AL** | | MAGISTRATE JUDGE KAY |

| | | | |
|---|---|---|---|
| **MAGISTRATE JUDGE:** | KATHLEEN KAY | **DATE:** | January 9, 2009 |
| **DEPUTY CLERK:** | Tina Benoit | **COURT REPORTER:** | Martha Frye |
| **COUNSEL FOR PLTF.(S):** | Gwen Richard | **COUNSEL FOR DEFT.(S):** | Emmett C Sole for Coldwell Banker Legacy |
| **COURT START TIME:** | 1:55 P.M. | **COURT END TIME:** | 2:29 PM |
| **TOTAL TIME IN COURT:** /34 minutes | | | |

# MINUTES OF COURT
# ORAL ARGUMENT

A hearing was set for this date on the MOTION to Remand [10] by plaintiff's for Oral Argument. After hearing from counsel for the parties, the court denied the motion.